JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JAMES V. WALLACE,                    ) Case No. CV 15-1966-PSG (SP)
                 Petitioner,        )
               v.                )                    **JUDGMENT**
JACK FOX, Warden,                    )
                Respondent.        )

     Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

     IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated:    9/13/1 1

 

HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE